UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHATTOOGA CONSERVANCY, MOUNTAINTRUE, and DEBBIE KRUZEN,<br><br>      Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, SECRETARY THOMAS VILSACK, THE UNITED STATES FOREST SERVICE, CHIEF RANDY MOORE, REGIONAL FORESTER KENDERICK ARNEY, REGIONAL FORESTER ANTOINE DIXON, DISTRICT RANGER ROBERT SITZLAR, DISTRICT RANGER JAMES BROWNING, and FOREST SUPERVISOR DAWN LAYBOLT,<br><br>      Defendants. | Case No. 1:24-CV-00518-TJK |

**AFFIDAVIT OF SERVICE**

I, J. Patrick Hunter, hereby state that:

1. I am counsel of record for Plaintiffs in this case.

2. On February 26, 2024, Plaintiffs filed a Complaint with the Court.

3. On March 1, 2024, Summonses directed to the Defendants were issued by the Clerk for the United Stated District Court for the District of Columbia.

4. On March 1, 2024, my office served copies of the Complaint and Summons on Defendant United States Department of Agriculture, pursuant to Fed. R. Civ. P. 4(i)(2), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6814, addressed to:

>U.S. Department of Agriculture
>1400 Independence Ave SW
>Washington, DC 20250

5. I have received the Domestic Return Receipt, attached hereto as Exhibit A, indicating that delivery of the Summons and Complaint was made upon said Defendant on March 6, 2024.

6. On March 1, 2024, my office served copies of the Complaint and Summons on Defendant Secretary Thomas Vilsack, pursuant to Fed. R. Civ. P. 4(i)(2), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6685, addressed to:

>Secretary Thomas Vilsack
>1400 Independence Ave SW
>Washington, DC 20250

7. I have received the Domestic Return Receipt, attached hereto as Exhibit B, indicating that delivery of the Summons and Complaint was made upon said Defendant on March 6, 2024.

8. On March 1, 2024, my office served copies of the Complaint and Summons on Defendant United States Forest Service, pursuant to Fed. R. Civ. P. 4(i)(2), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6692, addressed to:

>U.S. Forest Service
>1400 Independence Ave SW
>Washington, DC 20250

9. The Domestic Return Receipt was not returned. Attached as Exhibit C is a United States Postal Service Product Tracking and Reporting document which indicates that delivery of Summons and Complaint was made upon said Defendant on March 6, 2024.

10. On March 1, 2024, my office served copies of the Complaint and Summons on Defendant Chief Randy Moore, pursuant to Fed R. Civ. P. 4(i)(2), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6708, addressed to:

> Chief Randy Moore
> 1400 Independence Ave SW
> Washington, DC 20250

11. The Domestic Return Receipt was not returned. Attached as Exhibit D is a United States Postal Service Product Tracking and Reporting document which indicates that delivery of Summons and Complaint was made upon said Defendant on March 6, 2024.

12. On March 1, 2024, my office served copies of the Complaint and Summons on Defendant Regional Forester Kenderick Arney, pursuant to Fed R. Civ. P. 4(i)(2), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6715, addressed to:

> Regional Forester Kenderick Arney
> 1720 Peachtree St NW
> Atlanta, GA 30309

13. The Domestic Return Receipt was not returned. Attached as Exhibit E is a United States Postal Service Product Tracking and Reporting document which indicates that delivery of Summons and Complaint was made upon said Defendant on March 22, 2024.

14. On March 1, 2024, my office served copies of the Complaint and Summons on Defendant Regional Forester Antoine Dixon, pursuant to Fed R. Civ. P. 4(i)(2), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive

care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6722, addressed to:

> Regional Forester Antoine Dixon
> 626 E Wisconsin Ave
> Milwaukee, WI 53202

15. The Domestic Return Receipt was not returned. Attached as Exhibit F is a United States Postal Service Product Tracking and Reporting document which indicates that delivery of Summons and Complaint was made upon said Defendant on March 4, 2024.

16. On March 1, 2024, my office served copies of the Complaint and Summons on Defendant District Ranger Robert Sitzlar, pursuant to Fed R. Civ. P. 4(i)(2), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6739, addressed to:

> District Ranger Robert Sitzlar
> 112 Andrew Pickens Cir
> Mt. Rest, SC 29664

17. I have received the Domestic Return Receipt, attached hereto as Exhibit G, indicating that delivery of the Summons and Complaint was made upon said Defendant on March 4, 2024.

18. On March 1, 2024, my office served copies of the Complaint and Summons on Defendant District Ranger James Browning, pursuant to Fed R. Civ. P. 4(i)(2), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6746, addressed to:

> District Ranger James Browning
> 123 Woodland Dr
> Murphy, NC 28906

19. I have received the Domestic Return Receipt, attached hereto as Exhibit H, indicating that delivery of the Summons and Complaint was made upon said Defendant on March 7, 2024.

20. On March 1, 2024, my office served copies of the Complaint and Summons on Defendant Forest Supervisor Dawn Laybolt, pursuant to Fed R. Civ. P. 4(i)(2), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6784, addressed to:

> Forest Supervisor Dawn Laybolt
> 401 Fairgrounds Rd
> Rolla, MO 65401

21. I have received the Domestic Return Receipt, attached hereto as Exhibit I, indicating that delivery of the Summons and Complaint was made upon said Defendant on March 7, 2024.

22. On March 1, 2024, my office served copies of the Complaint and Summons on the Attorney General of the United States, pursuant to Fed R. Civ. P. 4(i)(1)(B), by enclosing same in a post-paid, properly addressed envelope and placing them in an official depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6791, addressed to:

> Attorney General Garland
> 950 Pennsylvania Ave NW
> Washington, DC 20530

23. I have received the Domestic Return Receipt, attached hereto as Exhibit J, indicating that delivery of the Summons and Complaint was made on March 7, 2024.

24. On March 1, 2024, my office served copies of the Complaint and Summons on the United States Attorney for the District of Columbia, pursuant to Fed R. Civ. P. 4(i)(1)(A)(i), by enclosing same in a post-paid, properly addressed envelope and placing them in an official

depository under the exclusive care and custody of the United States Postal Service for mailing by Certified Mail, return receipt requested, Article No. 7017 0190 0000 0497 6807, addressed to:

>U.S. Attorney Matthew M. Graves
>601 D Street NW
>Washington, DC 20579

25. I have received the Domestic Return Receipt, attached hereto as Exhibit K, indicating that delivery of the Summons and Complaint was made on March 7, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

This the 4th day of April, 2024.

>*/s/ J. Patrick Hunter\**
>J. Patrick Hunter
>N.C. Bar No. 44485
>Southern Environmental Law Center
>48 Patton Ave, Ste 304
>Asheville, NC 28801
>Telephone: (828) 258-2023
>phunter@selcnc.org
>
>*Counsel for Plaintiffs*
>*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, a copy of the foregoing Affidavit of Service was filed via CM/ECF. Parties may access this filing through the Court's electronic filing system. Notice of this filing will also be sent by U.S. First Class mail to the addresses listed below.

U.S. Department of Agriculture
1400 Independence Ave SW
Washington, DC 20250

Secretary Thomas Vilsack
1400 Independence Ave SW
Washington, DC 20250

U.S. Forest Service
1400 Independence Ave SW
Washington, DC 20250

Chief Randy Moore
1400 Independence Ave SW
Washington, DC 20250

Regional Forester Kenderick Arney
1720 Peachtree St NW
Atlanta, GA 30309

Regional Forester Antoine Dixon
626 E Wisconsin Ave
Milwaukee, WI 53202

District Ranger Robert Sitzlar
112 Andrew Pickens Cir
Mt. Rest, SC 29664

District Ranger James Browning
123 Woodland Dr
Murphy, NC 28906

Forest Supervisor Dawn Laybolt
401 Fairgrounds Rd
Rolla, MO 65401

Attorney General Merrick Garland
950 Pennsylvania Ave NW
Washington, DC 20530

U.S. Attorney Matthew M. Graves
601 D Street NW
Washington, DC 20579

/s/ J. Patrick Hunter*
J. Patrick Hunter
N.C. Bar No. 44485
Southern Environmental Law Center
48 Patton Ave, Ste 304
Asheville, NC 28801
Telephone: (828) 258-2024
phunter@selcnc.org

*Counsel for Plaintiffs*
*\*Admitted Pro Hac Vice*