# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHATTOOGA CONSERVANCY; MOUNTAINTRUE; and DEBBIE KRUZEN,<br><br>        Plaintiffs,<br>v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE; SECRETARY THOMAS VILSACK; THE UNITED STATES FOREST SERVICE; CHIEF RANDY MOORE; REGIONAL FORESTER KENDERICK ARNEY; REGIONAL FORESTER ANTOINE DIXON; DISTRICT RANGER ROBERT SITZLAR; DISTRICT RANGER JAMES BROWNING; and FOREST SUPERVISOR DAWN LAYBOLT,<br><br>        Federal Defendants. | Civil Case No. 1:24-cv-518-TJK<br><br>**FEDERAL DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFFS' COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Federal Defendants move to dismiss Counts 1, 2, and 3 of Plaintiffs' Complaint, ECF No. 1, for failure to state a claim for which relief may be granted. As set forth in the accompanying Memorandum in Support, the Court should dismiss Counts 1, 2, and 3, of Plaintiffs' Complaint because Federal Defendants' annual "timber targets" are neither agency actions reviewable under the Administrative Procedure Act nor subject to the National Environmental Policy Act.

Respectfully submitted this 6th day of May 2024.

                                            TODD KIM
                                            Assistant Attorney General
                                            U.S. Department of Justice
                                            Environment and Natural Resources Division

*/s/ Reade E. Wilson*
READE E. WILSON (ME Bar No. 4992)
KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 305-0299 (Wilson)
(202) 305-0486 (Perez)
reade.wilson@usdoj.gov
krystal-rose.perez@usdoj.gov
*Attorneys for Federal Defendants*