## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHATTOOGA CONSERVANCY et al.,

       *Plaintiffs*,

    v.

UNITED STATES DEPARTMENT OF AG-
RICULTURE et al.,

       *Defendants*.

Civil Action No. 24-518 (TJK)

## <u>ORDER</u>

For the reasons set forth on the record at today's oral ruling, it is hereby

**ORDERED** that Defendants' Motion to Partially Dismiss Plaintiffs' First Amended Complaint, ECF No. 22, is **DENIED**.  It is further

**ORDERED** that Defendants' Motion for Relief from Local Rule 7(n), ECF No. 24, is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** insofar as it seeks relief from Defendants' obligation to produce the administrative record regarding Defendants' Motion to Partially Dismiss Plaintiffs' First Amended Complaint, ECF No. 22, but it is **DENIED** insofar as it seeks an extension of time to file the certified index of the administrative record.

**SO ORDERED**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: March 25, 2025